*liam L. Marbury* for the petitioners. *Mr. William D. Gordon* for the respondents.

---

No. 221. WILLIAM A. STOWE, PLAINTIFF IN ERROR, *v.* EMMA F. TAYLOR. January 31, 1916. Petition for a writ of certiorari to the Superior Court of the State of Massachusetts or other proper proceeding under the act of Congress of December 23, 1914, denied. *Mr. Hollis R. Bailey* for the plaintiff in error, in support of the petition. No opposition.

---

No. 763. THE NATIONAL BANK OF COMMERCE OF SEATTLE, PETITIONER, *v.* THE UNITED STATES. January 31, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James A. Kerr* and *Mr. E. S. McCord* for the petitioner. No brief for the respondent.

---

No. 804. GEORGE L. DURE, RECEIVER, ETC., PETITIONER, *v.* WILLIAM C. WRIGHT, TRUSTEE, ETC. January 31, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John R. L. Smith* for the petitioner. *Mr. Orville A. Park* and *Mr. George S. Jones* for the respondent.

---

